NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ANGIOSCORE, INC.,**
*Plaintiff-Appellee*

v.

**TRIREME MEDICAL, LLC, EITAN KONSTANTINO, QUATTRO VASCULAR PTE LTD., QT VASCULAR LTD.,**
*Defendants-Appellants*

---

2016-1126, -1142

---

Appeals from the United States District Court for the Northern District of California in No. 4:12-cv-03393-YGR, Judge Yvonne Gonzalez Rogers.

---

**ON MOTION**

---

Before LOURIE, DYK, and HUGHES, *Circuit Judges.*

DYK, *Circuit Judge.*

### O R D E R

TriReme Medical, LLC, Quattro Vascular PTE Ltd., and QT Vascular Ltd. (the "Corporate Defendants") move to stay enforcement of the judgment, pending disposition

of these appeals and without requiring a supersedeas bond. The Corporate Defendants request a stay based upon the following alternative security: (1) a "mutually-agreeable Monitor will be appointed to confirm that the companies are maintaining the status quo during the pendency of the appeal"; (2) the Corporate Defendants "will refrain from transferring assets out of the United States except as required in the ordinary course of its existing business"; and (3) QT Vascular "will post a supersedeas bond upon a major sale of operational assets or a change in control." Eitan Konstantino also moves to stay enforcement of the judgment, pending disposition of these appeals and without requiring a supersedeas bond. AngioScore, Inc. opposes the motions. The movants reply.

We determine that the movants have shown entitlement to the relief requested.

Accordingly,

IT IS ORDERED THAT:

The motions are granted, subject to the Corporate Defendants' complying with items (2) and (3), noted above. The briefing schedule is deactivated, pending the district court's disposition of Konstantino's recently filed motion to alter or amend the judgment. The parties are directed to inform this court promptly upon the district court's ruling on that motion, and at that time this court will entertain a motion to expedite briefing in this matter.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s8