No. 2016-1126, -1142

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

ANGIOSCORE, INC.,

*Plaintiff-Appellee*,

v.

TRIREME MEDICAL, LLC (F/K/A TRIREME MEDICAL, INC.),
EITAN KONSTANTINO, QUATTRO VASCULAR PTE LTD., AND
QT VASCULAR LTD. (F/K/A QT VASCULAR PTE. LTD.),

*Defendants-Appellants*.

On Appeal from the United States District Court
for the Northern District of California
No. 4:12-cv-3393 (Hon. Yvonne Gonzalez Rogers)

**CORRECTED MOTION OF APPELLANTS TRIREME MEDICAL, LLC,
QUATTRO VASCULAR PTE LTD., AND QT VASCULAR LTD.
TO SUBSTITUTE PRINCIPAL ATTORNEY**

Pursuant to the Court's docket entry notice number 46, dated February 3, 2016, appellants TriReme Medical, LLC, Quattro Vascular PTE Ltd., and QT Vascular Ltd. ("Appellants") respectfully submit this motion to substitute their principal attorney of record. Appellants' current principal attorney of record is David S. Steuer of Wilson Sonsini Goodrich & Rosati, P.C. ("Wilson Sonsini"). Appellants recently retained new counsel from Arnold & Porter LLP, who filed entries of appearance on February 3, 2016. (*See* Dkt. Nos. 44, 45). Appellants now request permission to substitute Lisa S. Blatt of Arnold & Porter for Mr.

1

Steuer as principal attorney of record.  Mr. Steuer will continue as co-counsel for Appellants.  Appellee AngioScore, Inc. consents to the requested substitution.

Accordingly, Appellants respectfully request that the Court designate Lisa S. Blatt of Arnold & Porter LLP as their principal attorney of record.

| | |
|---|---|
| Dated:  February 4, 2016 | Respectfully submitted, |
| | /s/ Lisa S. Blatt<br>Lisa S. Blatt<br>ARNOLD & PORTER LLP<br>601 Massachusetts Ave., NW<br>Washington, DC 20001<br>Tel:  (202) 942-5000<br>Fax: (202) 942-5999<br>lisa.blatt@aporter.com |
| | David A. Caine<br>ARNOLD & PORTER LLP<br>1801 Page Mill Road, Suite 110<br>Palo Alto, CA 94304<br>Tel:  (650) 798-2920<br>Fax: (650) 798-2999<br>david.caine@aporter.com |
| | David S. Steuer<br>WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, CA 94304<br>Tel:  (650) 493-9300<br>Fax: (650) 493-6811<br>dsteuer@wsgr.com |
| | *Attorneys for TriReme Medical, LLC, Quattro Vascular PTE Ltd., and QT Vascular Ltd.* |

# **CERTIFICATE OF INTEREST**
(*amended February 4, 2016*)

Counsel for appellants TriReme Medical, LLC, Quattro Vascular Pte Ltd., and QT Vascular Ltd. certifies the following:

1. The full names of every party represented by me: TriReme Medical, LLC, Quattro Vascular Pte Ltd., and QT Vascular Ltd.

2. The names of the real parties in interest represented by me: See response to item 1.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the parties represented by me: QT Vascular Ltd. discloses that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock. Quattro Vascular Pte Ltd. discloses that QT Vascular Ltd. owns 100% of its shares.

4. The names of all law firms, and the partners or associates, that appeared for the parties represented by me in the trial court or are expected to appear in this Court: Lisa S. Blatt and David A. Caine of Arnold & Porter LLP, Anne Aufhauser, Brian Danitz, Catherine Grealis, Cheryl W. Foung, Steven D. Guggenheim, Joy Kim, Charlene Koski, Dylan J. Liddiard, Edmundo Marquez, Thomas J. Martin, Jasmine Owens, David S. Steuer, Cali Tran, Daniel Turbow, and Rebecca Wolitz of Wilson Sonsini Goodrich & Rosati, PC; Brandon Baum, David Caine, Thomas Carmack, Michael Nguyen, and James Otteson of Agility IP Law, LLP and Arnold & Porter LLP; William Gerard von Hoffman III, Joseph Re, Joshua Stowell, and Sheila Swaroop of Knobbe, Martens, Olson, Bear, LLP; John Claassen of Claassen Professional Corporation.

Dated: February 4, 2016            /s/ Lisa S. Blatt
                                   Lisa S. Blatt

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, February 4, 2016, I caused the foregoing Appellants' Motion to Substitute Principal Attorney and Amended Certificate of Interest to be filed with the Court through the use of the Federal Circuit CM/ECF electronic filing system, and thus also served on all counsel of record.

/s/ Lisa S. Blatt
Lisa S. Blatt