NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ANGIOSCORE, INC.,**
*Plaintiff-Appellee*

v.

**TRIREME MEDICAL, LLC, QUATTRO VASCULAR PTE LTD., QT VASCULAR LTD., EITAN KONSTANTINO,**
*Defendants-Appellants*

---

2016-1126, -1142

---

Appeals from the United States District Court for the Northern District of California in No. 4:12-cv-03393-YGR, Judge Yvonne Gonzalez Rogers.

---

**ON MOTION**

---

**O R D E R**

TriReme Medical, LLC, Quattro Vascular PTE Ltd., QT Vascular Ltd., and Eitan Konstantino move to withdraw their motion to extend time to file their opening briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to withdraw is granted. The motion to extend time is withdrawn.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s31