NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ANGIOSCORE, INC.,**
*Plaintiff-Appellee*

v.

**TRIREME MEDICAL, LLC, QUATTRO VASCULAR PTE LTD., QT VASCULAR LTD., EITAN KONSTANTINO,**
*Defendants-Appellants*

---

2016-1126, -1142

---

Appeals from the United States District Court for the Northern District of California in No. 4:12-cv-03393-YGR, Judge Yvonne Gonzalez Rogers.

---

**ON MOTION**

---

Before MOORE, *Circuit Judge*.

**O R D E R**

AngioScore, Inc. moves for leave to file an extended response brief of up to 18,000 words. The appellants oppose the motion.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

          FOR THE COURT

          <u>/s/ Daniel E. O'Toole</u>
          Daniel E. O'Toole
          Clerk of Court

s31